AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Terrence K. Williamson

**SUMMONS IN A CIVIL CASE**

V.

Condoleezza Rice,
 Secretary of State

CASE NUMBER:

TO: (Name and address of Defendant)

Office of the US Attorney for the District of Columbia
Civil Division
501 Third Street, N.W., Fourth Floor
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert C. Seldon, Esq.
Robert C. Seldon & Associates, PC
1319 F Street, N.W.
Suite 305
Washington, DC 20004

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                             DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE October 30, 2007 |
| NAME OF SERVER (PRINT) SARA ABAWI | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: Office of the U.S. Attorney for the District of Columbia

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: Gary Nails   11:14 a.m.

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/30/07
            Date         Signature of Server

1319 F. Street, NW Suite 305
Washington, D.C. 20004
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.