AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Terrence K. Williamson

**SUMMONS IN A CIVIL CASE**

V.

Condoleezza Rice,
Secretary of State

Case: 1:07-cv-01471
Assigned To : Leon, Richard J.
Assign. Date : 8/14/2007
Description: Employ. Discrim.

TO: (Name and address of Defendant)

*Condoleezza Rici, Sec. of State*
Department of State
Washington, D.C. 20520

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert C. Seldon, Esq.
Robert C. Seldon & Associates, PC
1319 F Street, N.W.
Suite 305
Washington, DC 20004

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON         AUG 1 4 2007

CLERK                                            DATE

_____
(By) DEPUTY CLERK

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X __T. Rcy__  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)  C. Date of Delivery |
| 1. Article Addressed to:<br><br>Condoleeza Rice, Secty of State<br>Dept. of State<br>Washington DC 20520 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br>   RECEIVED at:<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number (*Transfer from service label*) | 7006 0100 0001 5234 1459 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540



U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | |
| Certified Fee | | Williamson |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 8/15/07 |

Sent To: Condoleeza Rice, Secty. of State
Street, Apt. No.; or PO Box No.: Dept. of State
City, State, ZIP+4: Washington DC 20520

PS Form 3800, June 2002     See Reverse for Instructions

7006 0100 0001 5234 1459