**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TERRENCE K. WILLIAMSON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No.: 1:07-cv-1471 (RJL) |
| ) | |
| CONDOLEEZZA RICE, ) | |
| SECRETARY OF STATE ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**DEFENDANT'S UNOPPOSED MOTION AND MEMORANDUM FOR AN ENLARGEMENT OF TIME TO JANUARY 22, 2008 TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 6(b), 12 and Local Civil Rule 7(m), defendant Secretary of State Condoleezza Rice, through undersigned counsel, hereby requests a brief enlargement of time until January 22, 2008 to answer or otherwise respond to plaintiff's Complaint.  Plaintiff does not oppose this motion.

Plaintiff filed his complaint on August 14, 2007, and pursuant to Fed. R. Civ. P. 4(i), served the United States Attorney for the District of Columbia on October 30, 2007.  Defendant's response is therefore due on or before December 31, 2007.  Defendant requests a 22-day enlargement until January 22, 2008 (January 21, 2008 is a federal holiday) to respond to plaintiff's Complaint.  Given the holiday season and the corresponding difficulties in coordinating work schedules of persons on leave, undersigned counsel requests the additional time to consult with the defendant and prepare a response to plaintiff's complaint.  This is the first extension sought to respond to the Complaint.

As required by Local Rule 7(m), undersigned counsel discussed the contents of this enlargement motion with plaintiff's counsel.  Plaintiff does not oppose this motion.

Respectfully submitted this 27th day of December, 2007.

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JOSEPH LOBUE
Assistant Director


/s/ Isaac R. Campbell
ISAAC R. CAMPBELL
Trial Attorney
U.S. Department of Justice, Civil Division
20 Massachusetts Ave., NW
Washington, D.C.  20044
Telephone: (202) 616-8476
Fax: (202) 616-8476
isaac.campbell@usdoj.gov

Counsel for Defendant


**CERTIFICATE OF SERVICE**

I hereby certify that on December 27, 2007, a true and correct copy of the foregoing Defendant's Unopposed Motion for an Enlargement of Time to January 22, 2008 to Respond to Plaintiff's Complaint was served electronically by the U.S. District Court for the District of Columbia Electronic Document Filing System (ECF) and that the document is available on the ECF system.


/s/ Isaac R. Campbell
ISAAC R. CAMPBELL

**CERTIFICATION OF FAMILIARITY WITH LOCAL RULES**

I, Isaac R. Campbell, pursuant to Local Civil Rule 83.2(j), hereby certify that I am familiar with the Local Rules of the United States District Court for the District of Columbia, and other materials set forth in Local Civil Rules 83.8(b) and 83.9(a).

/s/ Isaac R. Campbell
ISAAC R. CAMPBELL

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| TERRENCE K. WILLIAMSON         ) | |
|                                                            ) | |
|                    Plaintiff,            ) | |
|           v.                                            ) | |
|                                                            )  | Civil Action No.: 1:07-cv-1471 (RJL) |
| CONDOLEEZZA RICE,              ) | |
|       SECRETARY OF STATE    ) | |
|                                                            ) | |
|                    Defendant           ) | |
| _____) | |

**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION**
**AND MEMORANDUM FOR AN ENLARGEMENT OF TIME TO**
**JANUARY 22, 2008 TO RESPOND TO PLAINTIFF'S COMPLAINT**

For the reasons set forth in Defendant's Unopposed Motion and Memorandum for an Enlargement of Time to January 22, 2008 to Respond to Plaintiff's Complaint, it is hereby

ORDERED that defendant's motion be, and hereby is, GRANTED. Defendant shall have until January 22, 2008 to respond to plaintiff's Complaint.

Dated this _____ day of _____, 2007.

_____
The Honorable Judge Richard Leon
United States District Judge