IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TERRENCE K. WILLIAMSON )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CONDOLEEZZA RICE, )<br>SECRETARY OF STATE )<br>)<br>Defendant. )<br>_____ ) | Civil Action No.: 1:07-cv-1471 (RJL) |

**NOTICE OF JOINT PROPOSED SCHEDULING ORDER**

Pursuant to the Court's request at the March 26, 2008 status conference, Defendant, through undersigned counsel, on behalf of the parties, hereby submits the attached joint proposed scheduling order.

Respectfully submitted this 23rd day of April, 2008.

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JOSEPH LOBUE
Assistant Director

/s/ Isaac R. Campbell
ISAAC R. CAMPBELL
Trial Attorney
U.S. Department of Justice, Civil Division
20 Massachusetts Ave., NW
Washington, D.C. 20044
Telephone: (202) 616-8476
Fax: (202) 616-8476
isaac.campbell@usdoj.gov

Counsel for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TERRENCE K. WILLIAMSON,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) Civ. Action No. 07-1471 (RJL) |
|     v. | ) |
| | ) |
| **CONDOLEEZZA RICE,** | ) |
| | ) |
|     **Defendant.** | ) |
| | ) |

## [JOINT PROPOSED] ORDER

Upon consideration of the parties' Joint Report To The Court, and the entire record in this matter; it is hereby:

ORDERED that any joinder of the parties or amendment of the pleading shall be completed no later than May 30, 2008.

ORDERED that initial disclosures shall be made no later than 30 days from the entry of an Initial Scheduling Order.

ORDERED that discovery in this case shall commence 60 days after the Court issues an Initial Scheduling Order. Fact discovery shall run for five months after the Court issues an Initial Scheduling Order, and the completion of all discovery, including the exchange of initial expert reports, rebuttal expert reports and depositions of experts shall conclude within 90 days after the close of fact discovery.

ORDERED that initial expert reports shall be exchanged within 30 days after the close of fact discovery, rebuttal expert reports shall be exchanged within 60 days after the close of fact discovery, and the

completion of the deposition of expert witnesses shall be completed within 30 days thereafter.

ORDERED that dispositive motions shall be shall be filed within 45 days after the completion of all discovery (including expert discovery); that any opposition shall be filed within 30 days of the filing of the motion; and that any reply shall be filed within 21 days of the filing of the opposition.

ORDERED that Counsel for both parties are to continue working cooperatively with one another to prepare protective orders, where appropriate, needed to facilitate discovery, and to take account of scheduling conflicts and other issues that may arise during the course of this case.

ORDERED that the presumptive limits on discovery set forth in Fed. R. Civ. P. 30 and 33 shall be in effect, absent agreement of the parties and/or leave of Court.

FURTHER ORDERED that the parties shall appear for a status conference before the undersigned on _____ \_\_\_\_, _____.

SO ORDERED this \_\_\_\_ day of _____, 2008.

_____
United States District Judge