UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TERRENCE K. WILLIAMSON, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Case No. 07-1471 (RJL) |
| HILLARY RODHAM CLINTON, | ) | |
| Defendant. | ) | |

## ORDER

For the reasons set forth in the Memorandum Opinion entered this 24th day of September, 2010, it is hereby

**ORDERED** that the Motion for Summary Judgment by defendant Hillary Rodham Clinton [#17] is **GRANTED**; and it is further

**ORDERED** that judgment be entered for the defendant on all counts in the Complaint.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge